ROSSETTA HAYES, Respondent, v. RICHMOND LIGHT AND RAILROAD

*See Laws of 1911, chap. 513.— [REP.

COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Putnam, Blackmar, Kelly and Jaycox, JJ.